

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 02, 2015

No.: 15-80056
Short Title: Public.Resource.org

Dear Appellant/Counsel

The above referenced case number has been assigned. All communications to the court must reference the above docket number.