RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
MAY 04 2015

CA# 15-80056

FILED
DOCKETED        DATE        INITIAL

May the first 2015

Dear Chief Judge Sidney R. Thomas,

I'm writing to you in support of Carl Malamud's application for PACER access. I support Carl's works based on his long history of tackling large and complex problems and always acting in the public interest.

PACER was an improvement over the previous state of affairs, but since their founding they have failed to move forward far and fast enough and as a result they have not demonstrated the level of innovation and openness that Carl is known for.

Carl does not seek to compete with or destroy the organizations that he focuses on, but rather works to improve them in ways that they are unwilling or unable to do themselves. A perfect example of this is his work with the Security and Exchange Commission's EDGAR system. Carl took a process that cost $30 per report that the SEC said couldn't be improved and found a way to put the data online. They said it couldn't be done, and that it would cost $30 million dollars. Carl did it, and then turned the equipment over to them. He didn't turn his work into a profit making business, he contributed to the greater public good.

The EDGAR story is just one case in which Carl has improved our society by increasing public access to public information. His track record of doing so carries with it an accumulated cost savings for public agencies and taxpayers that swells far beyond the valuation of the free access he is requesting to PACER data.

Jason Aller

Both the law & PACER will be better off if they embrace Carl.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
MAY 04 2015

FILED
DOCKETED        DATE        INITIAL